UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK LEEVON GOODEN,

     Plaintiff,

                                    CASE NO.:

v.

                                      COMPLAINT FOR DAMAGES UNDER
                                      THE FEDERAL TORT CLAIMS ACT

                                      JURY TRIAL DEMANDED ON ANY
                                      CLAIMS SO TRIABLE

UNITED STATES POSTAL SERVICE
And STEVEN MATTHEW BOCKOSKI,

Defendant(s).

_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

    COMES NOW, Plaintiff, DERRICK LEEVON GOODEN, by and through the undersigned counsel, and sues Defendants, STEVEN MATTHEW BOCKOSKI and UNITED STATES POSTAL SERVICE, and states the following:

## **GENERAL ALLEGATIONS**

1.    This is an action for damages in excess of $50,000.00 (Fifty Thousand Dollars), exclusive of interest and costs.

2.    At all times material hereto, Plaintiff, DERRICK LEEVON GOODEN was and is a resident of Pinellas County, Florida.

3.    At all times material hereto, Defendant, STEVEN MATTHEW BOCKOSKI, upon information and belief, was and is a resident of  Hillsborough County, Florida or was a resident of the State of Florida at the time of the occurrence hereinafter alleged and has since

become a non- resident, or is otherwise actively concealing his whereabouts and/or actively refusing services, or the Defendant was a non-resident at the time of this occurrence hereinafter alleged and was operating a motor vehicle upon the roads of the State of Florida.

4. At all times material hereto, Defendant, UNITED STATES POSTAL SERVICE, was and is a government agency authorized to do business in Hillsborough County, Florida.

5. The automobile crash, occurring on or about 24th day of January, 2024, which is the subject of this lawsuit, occurred on or about Ponderosa Drive and Chinaberry Drive, in Hillsborough County, Florida.

### COUNT I - CLAIM AGAINST DEFENDANT, STEVEN MATTHEW BOCKOSKI

6. Plaintiff re-alleges and incorporates paragraphs 1 through 5 as though fully set forth at length herein.

7. At all times material hereto, Defendant, STEVEN MATTHEW BOCKOSKI, as the operator of a motor vehicle, owed a duty to exercise reasonable and prudent care for the safety of other motorists and bicyclists traveling on the roadways of Florida such as Plaintiff, DERRICK LEEVON GOODEN.

8. Notwithstanding the duties owed, Defendant, STEVEN MATTHEW BOCKOSKI, failed to operate and maintain his motor vehicle in a safe and controlled manner, which resulted in a collision with the motor vehicle operated by Plaintiff, DERRICK LEEVON GOODEN.

9. As a direct and proximate result of the negligent operation and/or maintenance of the motor vehicle owned and operated by Defendant, STEVEN MATTHEW BOCKOSKI, Plaintiff,

DERRICK LEEVON GOODEN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing conditions if any, and property damage. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses and impairments in the future. The injuries consist in whole or in part of significant and permanent loss of an important bodily function, permanent injuries within a reasonable degree of medical probability, and a significant permanent scarring or disfigurement.

WHEREFORE, Plaintiff, DERRICK LEEVON GOODEN, demands judgment against Defendant, STEVEN MATTHEW BOCKOSKI, for compensatory damages, costs and such further relief as is deemed proper by this Court.

### COUNT II - RESPONDEAT SUPERIOR CLAIM AGAINST DEFENDANT, UNITED STATES POSTAL SERVICE

10. Plaintiff re-alleges and incorporates paragraphs 1 through 9 as though fully set forth at length herein.

11. The subject motor vehicle accident was caused by Defendant, STEVEN MATTHEW BOCKOSKI, while within the course and scope of his employment with Defendant, UNITED STATES POSTAL SERVICE while within the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE.

12. Defendant, UNITED STATES POSTAL SERVICE, is vicariously liable for the negligence of its employee, Defendant, STEVEN MATTHEW BOCKOSKI, which occurred while the

employee is working within the course and scope of his employment with UNITED STATES POSTAL SERVICE.

13. As a direct, foreseeable and proximate result of Defendant, UNITED STATES POSTAL SERVICE, negligence, Plaintiff, DERRICK LEEVON GOODEN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing conditions if any, and property damage. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses and impairments in the future. The injuries consist in whole or in part of significant and permanent loss of an important bodily function, permanent injuries within a reasonable degree of medical probability, and a significant permanent scarring or disfigurement.

WHEREFORE, Plaintiff, DERRICK LEEVON GOODEN, demands judgment against Defendant, UNITED STATES POSTAL SERVICE, for compensatory damages, costs and such further relief as is deemed proper by this Court.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable by right of jury.

DATED:  May 5, 2026

Respectfully submitted,

DARRIGO & DIAZ. P.A.

_____

Walter L. Grantham, Jr., Esquire
Florida Bar No. 0705322

4504 North Armenia Avenue
Tampa, Florida 33603
(813) 877-5548
(813) 877-8829 (fax)
mail@ddlawtampa.com
Attorney for Plaintiff